OPINION — AG — KEY WORDS: APPOINTMENT OR ELECTION, COUNTY OR MUNICIPAL, BOARD, COMMISSION, DUTY TO EXPEND PUBLIC FUNDS RECEIVED BY REASON OF THE AD VALOREM TAX LEVY, BOARD OR COMMISSION HAS JURISDICTION ANSWER: THE PROPOSED BILL ENCLOSED FOR OUR CONSIDERATION, IF ENACTED, WOULD NOT BE CONTRARY TO ANY PROVISION OF THE OKLAHOMA CONSTITUTION, ALTHOUGH ITS PRESENT WORDING LENDS ITSELF TO A DEGREE OF CONFUSION AND MISUNDERSTANDING. CITE: ARTICLE XVII, SECTION 2 (PENN LERBLANCE)